U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED
DEC 2 8 2005
ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| WARREN DEAN CORNETT | CIVIL ACTION NO. 05-1075-A |
| VS. | SECTION P |
| UNITED STATES OF AMERICA | JUDGE DRELL |
| | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for writ of *habeas corpus* (28 U.S.C. §2241) be **DENIED** and **DISMISSED** with prejudice for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 28th day of December, 2005.

DEE D. DRELL
**UNITED STATES DISTRICT JUDGE**